FILED
CLERK, U.S. DISTRICT COURT
APR 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WALLACH, WALLACH & COMPANY, INC. (A Virginia Corporation), and INTERNATIONAL SOJOURNERS INSURANCE TRUST OF WASHINGTON, D.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG SOROUDI, aka CRAIG GAITO, aka MGM PRODUCTIONS GROUP, INC. ("MGM"), aka RUSSO INTERNATIONAL VENTURES, INC. ("RUSSO"), and JAMES M. HODGES, an individual, and JAMES M. HODGES, A PROFESSIONAL LAW CORPORATION, AND DOES 1 through 10, Inclusive;<br><br>Defendants. | CASE NO: CV06-4133 DDP(SHx)<br><br>STIPULATED JUDGMENT |

The PLAINTIFFS, RICHARD WALLACH, WALLACH & COMPANY, INC., (A Virginia Corporation), and INTERNATIONAL SOJOURNERS INSURANCE TRUST OF WASHINGTON, D.C. (collectively, "Plaintiffs"), and DEFENDANTS, JAMES M. HODGES, an Individual, and JAMES M. HODGES, A PROFESSIONAL LAW

CORPORATION (collectively, "Hodges"), appeared for a Settlement Conference on August 3, 2007, before the Honorable Stephen J. Hillman, Magistrate Judge. In open court, the parties reached a Settlement, which provided, inter alia, for a Stipulated Judgment, which when and if filed with the Court was to be entered on the Complaint in this matter, and which was to have the full force and effect of any other judgment on the merits. Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Judgment is entered in favor of PLAINTIFFS, and against HODGES in the sum of $145,000.00 on the cause of action set forth in the Complaint.

IT IS SO STIPULATED.

DATED: 8/13/07

WALTER GREENE, JR., APC
Counsel for Plaintiffs Richard Wallach, Wallach & Company, Inc., and International Sojourners Insurance Trust of Washington D.C.

DATED: 8/20/07

LARRY ROTHMAN, ESQ.
Counsel for Defendants, James M. Hodges and James M. Hodges, A Law Corporation

DATED: 8/16/07

JAMES M. HODGES

DATED: 8/16/07

_____
JAMES M. HODGES, A Professional Law Corporation, by JAMES M. HODGES

IT IS SO ORDERED

DATED: 4-29-08

_____
United States District Judge