Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WALLACH, WALLACH & COMPANY, INC. (A Virginia Corporation), and INTERNATIONAL SOJOURNERS INSURANCE TRUST OF WASHINGTON, D.C.<br><br>Plaintiffs,<br><br>vs.<br><br>CRAIG SOROUDI, aka CRAIG GAITO, aka MGM PRODUCTIONS GROUP, INC. ("MGM"), aka RUSSO INTERNATIONAL VENTURES, INC. ("RUSSO"), and JAMES M. HODGES, an individual, and JAMES M. HODGES, A PROFESSIONAL LAW CORPORATION, AND DOES 1 through 10, Inclusive;<br><br>Defendants. | CASE NO: CV06-4133 DDP(SHx)<br><br>(PROPOSED) ORDER OF CONTEMPT |

On December 20, 2007, a set of thirteen Post-Judgement Interrogatories were served on MGM Productions, Group, Inc.. Service was made on MGM's Attorney of Record at that time, Heather M. Kadeg. Ms. Kadeg was also the agent for service of process for MGM in California as of December 20, 2007. Judgment had been entered against MGM on December 5, 2006.

(Proposed) Order of Contempt         1

On March 17, 2008, the court granted MGM's Motion To Vacate the Judgment against MGM rendering the Post- Judgment Interrogatories moot.

On October 21, 2008, Judgment was again entered against the "MGM Defendants" on the grounds that the "MGM Defendants" were mere alter egos of the first named Defendant, Craig Soroudi.

On December 22, 2008, the court amended the judgment against MGM to clarify that judgment was against both MGM Productions Group, Inc., a California Corporation, and MGM Productions Group, Inc., a Canadian Corporation (collectively referred to as "MGM Defendants").

On February 20, 2009, those same thirteen interrogatories were again propounded with one set being propounded to MGM California and one set propounded to MGM Canada. Attorney Kadeg was informed that no extensions of time to respond would be given in lieu of the history of this file, her prior representations that the information had already been gathered and because of the fact that the first named Defendant, Craig Soroudi, was and remains a felony fugitive.

On March 19, 2009, Attorney Kadeg wrote to Counsel for the Plaintiff and stated:

> "I have received your Post-Judgement Interrogatories directed to MGM Productions Group, Inc.. I have passed on these discovery questions to MGM, but have been informed that I will not be receiving responses to said questions. There is ongoing litigation in Canada regarding the ownership of MGM Productions Group, Inc. and until the matter is resolved, I am being told that there is no individual who will speak on behalf of the Corporation..."

On March 30, 2009, the Plaintiff's brought a Motion To Compel Answers to the interrogatories. On July 2, 2009, this Court issued an Order granting in part the Plaintiff's Motion to Compel Post-Judgment Discovery. The Court ordered the Defendants to submit responsive answers to Plaintiff's Post-Judgment Discovery Interrogatories within thirty days of the date of the Court's Order. It denied Plaintiff's request for sanctions in the amount of

1  $1,000.00 per day against the MGM Companies until they provided answers to Plaintiff's
2  interrogatories, because the Court declined "to speculate whether Defendants will comply
3  with this Court's Order." (Dkt. No. 354)
4       On July 27, 2009, Kadeg moved to withdraw as Counsel of Record for Defendant
5  Soroudi and MGM.  On September 2, 2009, the Court granted her motion to withdraw
6  because "her clients have refused to respond to her attempts to contact them since March 19,
7  2009." (Dkt. No. 360)
8       On October 20, 2009, the Plaintiff's brought a Motion for Sanctions asking the Court
9  to impose a constructive trust and sanctions in the amount of $1,000.00 per day against
10 Defendant until they comply with the Court's Order To Compel Discovery.  The Plaintiff
11 argued that those remedies were appropriate because "MGM had stated unequivocally both
12 through its words and its actions that it does not intend to comply with this Court's
13 Discovery Order."
14      On November 20, 2009, this Court issued an Order To Show Cause Regarding
15 Contempt Sanctions ordering: "That Defendant MGM Productions show cause why
16 Plaintiff's Motion For Contempt Sanctions should not be granted within ten days of the date
17 of this order." (Dkt. No. 365)
18      On December 3, 2009, Plaintiff's filed a Proof of Service showing service of the
19 Order to Show Cause Regarding Contempt Sanctions on MGM Productions Group, Inc.
20 (Canada) and MGM Productions Group, Inc. (California).
21      As of May 3, 2010, there had been no response by the MGM Defendants to this Court
22 Order To Show Cause Regarding Contempt Sanctions.
23      IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that MGM Productions
24 Group, Inc. (Canada) and MGM Productions Group, Inc. (California) are guilty of Contempt
25 of Court for their willful failure to obey the orders of this Court as set forth above.  The
26 contemners knew of the foregoing order, had and still have the ability to comply with the
27 foregoing orders and willfully disobeyed the foregoing orders.
28      IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that the MGM

1  Defendants, both MGM Canada and MGM California, jointly and severally, shall pay to the
2  Plaintiff, Richard Wallach, the sum of $1,000.00 per day beginning on the date of this Court
3  Order and continuing until the MGM Defendants have provided, verified, full and complete
4  answers to the Interrogatories that are the subject of this Motion.
5  ~~IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that all monies moved~~
6  ~~by MGM California, specifically traceable funds moved from Pacific Western Bank, Beverly~~
7  ~~Hills, California, Branch Account Nos. 002-596687 or 002-594846 to Canada by or~~ on
8  behalf of MGM Productions Group, ~~Inc. is hereby deemed to be held by the~~ MGM
9  Defendants in a constructive trust in favor of the Plaintiffs.
10  IT IS FURTHER ADJUDGED, ORDERED, AND DECREED that the MGM
11  Defendants shall pay the sum of $3,750.00 as reasonable attorney fees and costs incurred in
12  connection with this proceeding to Plaintiff within fifteen days of the date of this Court
13  Order.
14  ///
15  ///
16  ///
17  ///
18  DATED: 6/2/10                           _____
                                            Honorable Dean D. Pregerson

Proposed Order of Contempt                    4